MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373
Facsimile: 775.440.2376

*Attorneys for Defendant,*
*Unimacts Global, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES YEAGER, IV, an individual,<br><br>           Plaintiff,<br>vs.<br><br>UNIMACTS GLOBAL, LLC, a foreign limited liability company,<br><br>           Defendant. | Case No.:  2:25-cv-00768-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Charles Yeager, IV ("Plaintiff") and Defendant Unimacts Global, LLC ("Defendant"), by and through their respective counsel

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

below, that the above-entitled matter be dismissed with prejudice, with each side bearing their own fees and costs.

DATED this 7th day of January, 2026.

HATFIELD & ASSOCIATES, LTD. APC

*/s/ Trevor J. Hatfield*
Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff,*
*Charles Yeager, IV*

DATED this 7th day of January, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

*/s/ Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV 89501
*Attorneys for Defendant,*
*Unimacts Global, LLC*

**ORDER**

**IT IS SO ORDERED.** The Clerk of Court is kindly instructed to close this case.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED: January 8, 2026.

94817554.v1-OGLETREE

- 2 -